**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHARLES JERRY HOLBERT, 214774,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **No. 3:10-CV-2272-O** |
| | § | |
| **RICK THALER, Director, Texas** | § | |
| **Dept. Of Criminal Justice, Correctional** | § | |
| **Institutions Division,** | § | |
| **Respondent.** | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

**SO ORDERED** this **17th** day of **May, 2011**.

_____

**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**